In the Matter of the Arbitration between LESAVOY INDUSTRIES, INC., Appellant, and BRIGHTON MILLS, INC., Respondent.

Argued May 21, 1952; decided June 3, 1952.

*Samuel Rubin* and *Seymour J. Ugelow* for appellant.

*Melvin Liebowitz, Reuben Golin* and *Arthur A. Litt* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.